**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

SHANE BETHEA, D.C. P.C., INC.,                  CASE NO.: 10-40342-LMK

    Debtor.                                                   CHAPTER: 11

_____/

**ORDER DENYING CONFIRMATION AND DISMISSING CASE**

THIS MATTER came on for hearing on November 16, 2010 for consideration of the Debtor's plan of reorganization ("the Plan" Doc. 87). Although no objections have been filed in opposition to the Plan, this Court has an independent duty to ensure that the Plan complies with the provisions of the Bankruptcy Code "even if the creditor fails to object or appear." *United Student Aid Funds, Inc. v. Espinosa*, 130 S. Ct. 1367, 1381. After considering the complete record in this case, as well as the testimony of the Debtor's representative, Shane Bethea, and as stated on the record in open court, I find that the Plan does not comply with the applicable provisions of the Bankruptcy Code. *See* 11 U.S.C. § 1129(a)(1). The Plan fails to comply for the following reasons:

(1) The Plan fails to "provide the same treatment for each claim or interest of a particular class." 11 U.S.C. §1123(a)(4). The Plan seeks to treat the unsecured Synovus Bank Claim differently than all other unsecured claims without any agreements from unsecured creditors who have not acquiesced "to a less favorable treatment of such particular claim or interest." *Id.*

(2) The proponent of the Plan failed to comply with the provisions of the Bankruptcy Code and the orders of this Court. *See* 11 U.S.C. § 1129(a)(2). The proponent of the Plan, presumably the Debtor's principal, Shane Bethea, have failed to comply with the provisions

of the Code by continuing to take cash distributions from the Debtor without authority and in direct contravention to previous orders of this Court. *See* Doc. 84.

(3) The Debtor has also failed to present any credible evidence that would show that confirmation of this Plan meets the feasibility requirements as laid out by the Code. *See* 11 U.S.C. § 1129(a)(11).

For the foregoing reasons, it is hereby

ORDERED and ADJUDGED that confirmation of the Plan (Doc. 87) is DENIED.

It is further ORDERED and ADJUDGED that this case is DISMISSED for cause because of the Debtor's failure to confirm a plan "within the time fixed by this title or by order of this court." 11 U.S.C. § 1112(b)(4)(J); *see also* 11 U.S.C. § 1129(e).

DONE and ORDERED in Tallahassee, Florida this  18th  day of November, 2010.

LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

cc: all parties in interest